AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched<br>or identify the person by name and address)* | )<br>)<br>) Case No. | **12 M 660** |
| U.S. Express Mail Parcels (See attachment "A") | )<br>)<br>) | |

## SEARCH AND SEIZURE WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____Eastern_____ District of _____New York_____
*(identify the person or describe the property to be searched and give its location):*
See Attachment "A"

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized):*
Controlled Substances, in violation of Title 21, United States Code, Sections 841 and 846.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before _____July 25, 2012_____
*(not to exceed 14 days)*

☑ in the daytime 6:00 a.m. to 10 p.m.      ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Duty Magistrate
_____(name)_____

☐ I find that immediate notification may have an adverse result listed of trial), and authorize the officer executing this warrant to delay notice to searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to ex*
☐ until, the facts justifying, th

Date and time issued:  7/11/12  4:30 pm

City and state:  Brooklyn, New York          STEVEN M. GOLD, U.S. MAGISTRATE JUDGE
                                                        *Printed name and title*

AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

| Return | | |
|---|---|---|
| Case No.: 1895513 | Date and time warrant executed: 7/17/12 - 10:40 AM | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of: US Postal Inspector James Morrison

Inventory of the property taken and name of any person(s) seized:

Express Mail label # EH051714933US.
4.89 lbs of green leafy substance field tested positive for marijuana.

and

Express Mail label # EI402525024US.
7.28 lbs of green leafy substance field tested positive for marijuana

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/17/12

_____ US Postal Inspector
Executing officer's signature

Maria Albright US Postal Inspector
Printed name and title